UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-1539(DSD/TNL)

Lirico Fennell,

       Plaintiff,

v.                                     **ORDER**

Julius Anthony Nolen, et al.,

       Defendants.

     Lirico Fennell, 2322 Silver Lane NE, Apt. 206, New Brighton, MN 55112, plaintiff pro se.

This matter is before the court upon the report and recommendation of Magistrate Judge Tony N. Leung dated August 2, 2017 (R&R). The magistrate judge recommended that the court dismiss the action without prejudice for failure to prosecute. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate to adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 5] is adopted in its entirety; and

    2.  The case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 28, 2017

                                                 s/David S. Doty
                                                 David S. Doty, Judge
                                                 United States District Court